1  Matthew Mellen (Bar No. 233350)
   MELLEN LAW FIRM
2  411 Borel Avenue, Suite 230
   San Mateo, CA 94402
3  Telephone:   (650) 638-0120
   Facsimile:   (650) 638-0125
4
   Attorney for Plaintiff,
5  SYLVIA MENDOZA

6                    UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
8

9  SYLVIA MENDOZA on behalf of herself and        Case No.: 5:15-cv-04229-BLF
   all others similarly situated,
10                                                 [*Assigned to Honorable Beth L. Freeman*]
                   Plaintiffs,
11                                                 **NOTICE OF MOTION AND MOTION
         vs.                                        TO WITHDRAW AS COUNSEL OF
12                                                  RECORD**
   NATIONSTAR MORTGAGE LLC; and DOES
13 1 through 100, inclusive,                       Date:    June 30, 2016
                                                   Time:    9:00 a.m.
14                 Defendants.                     Dept.:   3-15th Floor

15
                                                   Action Filed: September 17, 2015
16                                                 Trial Date: February 12, 2018

17
              **TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:**
18
         NOTICE IS HEREBY GIVEN that on June 30, 2016, at 9:00 a.m., or as soon thereafter
19
   as the matter can be heard in Department 3 of the above mentioned court, located at 280 South
20
   1st Street, San Jose, CA 95113, the Mellen Law Firm, counsel of record for Plaintiff herein, will
21
   move this Court for an Order allowing the Mellen Law Firm to withdraw as counsel of record in
22
   this matter, as set forth below.
23
         Pursuant to Civil L.R. 11-5, the Mellen Law Firm hereby moves the Court for an order
24
   allowing the firm to withdraw as counsel of record and allowing Plaintiff Sylvia Mendoza to
25
   proceed in pro per.  Without wishing to get into details that might jeopardize the attorney client
26
   privilege, the ground for this motion lies in an irretrievable breakdown of the attorney-client
27
   relationship between the Mellen Law Firm and Plaintiff.
28

Thus, Counsel respectfully submits that said withdrawal of counsel is in the interest of justice and will not prejudice Plaintiff, as Plaintiff ha sufficient time between the proposed withdrawal and all discovery and trial related deadlines. Counsel respectfully requests that the Court enter an order reflecting the withdrawal of counsel and change of status to pro per, and that all necessary changes be made to the Court's records so that future communications regarding this case be directed to the following:

> Sylvia Mendoza
> IN PRO PER PERSONA
> 3630 San Felipe Rd.
> San Jose, CA 95135
> Telephone: (408)903-9587

This motion is not made for purposes of delay or any other purpose.  WHEREFORE, Counsel respectfully request this Court enter its Order permitting substitution of counsel for Plaintiff, and update the Court's records and ECF by removing Mellen Law Firm as counsel of record and substituting Plaintiff in pro per persona in their place.

DATED: April 22, 2016               Respectfully submitted,

                                    MELLEN LAW FIRM


                                     /s/ *Matthew Mellen*
                                    Matthew Mellen, Esq.
                                    Attorney for Plaintiff
                                    SYLVIA MENDOZA