Matthew Mellen (Bar No. 233350)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiff,
SYLVIA MENDOZA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA MENDOZA on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:15-cv-04229-BLF<br><br>[*Assigned to Honorable Beth L. Freeman*]<br><br>**DECLARATION OF MATTHEW MELLEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date:   June 30, 2016<br>Time:   9:00 a.m.<br>Dept.:   3-15th Floor<br><br>Action Filed: September 17, 2015<br>Trial Date: February 12, 2018 |

I, MATTHEW MELLEN, declare as follows:

1. I am an attorney admitted to practice law in California and before the above-captioned Court. I am the founder of the Mellen Law Firm, counsel for Plaintiff in the above captioned matter. I have personal knowledge of the following facts and if called upon as a witness, I could and would competently testify to their veracity.

2. The current or last known address that I have for Plaintiff is as follows:

    Sylvia Mendoza
    3630 San Felipe Rd.
    San Jose, CA 95135
    Telephone: (408)903-9587

3.     The Mellen Law Firm and Plaintiff has lost contact with each other since March 2016.  In April 2016, Plaintiff was notified that the Mellen Law Firm would be bringing a Motion to be Relieved as Counsel as a result of the ongoing contact issues, but the firm has still not received any communication from Plaintiff.

4.     The firm has made several attempts to contact Plaintiff via telephone at (408) 903-9587 and by email at support@thebeautyspot.com but has not received a response.   These methods of contact have been the primary source of contact with Plaintiff regarding her case.   The break down of communication with Plaintiff makes continued representation unreasonably difficult.

5.     In addition, since December 2015, there has been an irretrievable breakdown of the attorney client relationship and a conflict between my firm and Plaintiff which makes it impossible to continuing represent Plaintiff in this matter.

I declare under penalty of perjury under the laws of state of California and the United States that the foregoing is true and correct.

DATED: April 22, 2016                         Respectfully submitted,

                                              MELLEN LAW FIRM


                                               /s/ *Matthew Mellen*
                                              Matthew Mellen, Esq.
                                              Attorney for Plaintiff
                                              SYLVIA MENDOZA

2
DECLARATION OF MATTHEW MELLEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL