Matthew Mellen (Bar No. 233350)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Telephone:  (650) 638-0120
Facsimile:  (650) 638-0125

Attorney for Plaintiff,
SYLVIA MENDOZA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA MENDOZA on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  5:15-cv-04229-BLF<br><br>[*Assigned to Honorable Beth L. Freeman*]<br><br>**[PROPOSED] ORDER**<br><br>Date:     June 30, 2016<br>Time:    9:00 a.m.<br>Dept.:   3-15th Floor<br><br>Action Filed: September 17, 2015<br>Trial Date: February 12, 2018 |

The Court, having received the Mellen Law Firm's Motion to Withdraw as Counsel of Record, and for good cause shown, hereby grants the instant Motion.  All communications to Plaintiff in this case shall be directed to Plaintiff at:

Sylvia Mendoza
IN PRO PER PERSONA
3630 San Felipe Rd.
San Jose, CA 95135
Telephone: (408)903-9587

**IT IS SO ORDERED**


DATED:
                                          _____
                                          HON. BETH L. FREEMAN

1
[PROPOSED] ORDER