**CERTIFICATE OF SERVICE**
United States District Court – Northern District of California
Case Number: 5:15-cv-04229-BLF

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Mateo, California; my business address is Mellen Law Firm, 411 Borel Ave., Suite 230, San Mateo, CA 94402.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**DECLARATION OF MATTHEW MELLEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**[PROPOSED] ORDER**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

Mary Kamka, Esq.
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
mkk@severson.com
*Counsel for Defendant*

*Served Via U.S. Mail*

Sylvia Mendoza
3630 San Felipe Rd.
San Jose, CA 95135
*Plaintiff*

*Served Via Email*

Mary Kamka, Esq.                                    Sylvia Mendoza
SEVERSON & WERSON                                   support@thebeautyspot.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111                             *Plaintiff*
mkk@severson.com
*Counsel for Defendant*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Charlotte, North Carolina on April 22, 2016.

Jessica Galletta                                    /s/ Jessica Galletta
(Type or Print Name)                                (Signature of Declarant)

1
CERTIFICATE OF SERVICE