United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYLVIA MENDOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, LLC.,<br><br>    Defendant. | Case No.  15-cv-04229-BLF<br><br>**ORDER ADVANCING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF TO MAY 12, 2016**<br><br>[Re: ECF 37] |

The Court ADVANCES the hearing on the motion to withdraw as counsel for Plaintiff/Counter-Defendant from June 30, 2016 to May 12, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
BETH LABSON FREEMAN
United States District Judge