**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYLVIA MENDOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE, LLC.,<br><br>　　　　　Defendant. | Case No.  15-cv-04229-BLF<br><br>**ORDER VACATING HEARING** |

　　　　Pursuant to Civ. L.R. 7-1(b), the Court finds Defendant's motion to dismiss suitable for submission without oral argument and hereby VACATES the hearing scheduled for May 19, 2016.

　　　　**IT IS SO ORDERED.**

Dated: May 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California